

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

GTE Southwest Incorporated, d/b/a Verizon Southwest, Appellant

No. 06-13-00015-CV          v.

Oncor Electric Delivery Company, LLC, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-13-41060). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, GTE Southwest Incorporated, d/b/a Verizon Southwest, pay all costs of this appeal.

RENDERED SEPTEMBER 17, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk